```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
```

GLENN E. HURN,
                      Petitioner,

       v.                          CASE NO. 04-3008-RDR

COLLEEN L. McGUIRE,
                      Respondent.

**MEMORANDUM AND ORDER**

    This is a petition for writ of habeas corpus, 28 U.S.C. 2241, challenging petitioner's military court-martial.  The action was initiated in forma pauperis.  All relief was denied and the matter was dismissed by order dated May 6, 2005. Petitioner has filed a Notice of Appeal (Doc. 20).

    Because this is a 2241 action by a federal prisoner, no certificate of appealability is required.  Bradshaw v. Story, 86 F.3d 164, 165-66 (10th Cir. 1996).

    IT IS THEREFORE BY THE COURT ORDERED that petitioner is granted leave to proceed in forma pauperis on appeal.

    DATED:  This 9th day of June, 2005, at Topeka, Kansas.

                                        s/RICHARD D. ROGERS
                                        United States District Judge